AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:25-CV-00854-PD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Donald Feathers**
was recieved by me on **3/03/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **jill feathers**, a person of suitable age and discretion who resides at **3012 Pointeview Dr, Tampa, FL 33611**, on **03/05/2025 at 1:28 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   03/05/2025

*Server's signature*

**Nicole Padro**
*Printed name and title*

**1910 E Palm Ave.
Tampa, FL 33605**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; DESIGNATION FORM; NOTICE OF PROCEDURE TO CONSTENT TO REFERENCE OF CIVIL ACTION OR PROCEEDINGS TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE; CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE [BLANK],  to jill feathers who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**



Tracking #: **0160788819**

